JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Chae Nyon Choi; and Does 1-10,<br>　　　　Defendants. | Case: 5:14-CV-00226-VAP-DTB<br><br>**NOTICE OF DISMISSAL &<br>ORDER THEREON** |

### ORDER

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: April 14 2014        _____
                            HONORABLE VIRGINIA A. PHILLIPS
                            UNITED STATES DISTRICT COURT JUDGE

1

Notice of Dismissal        Case: 5:14-CV-00226-VAP-DTB